UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    **Plaintiff,**

-vs-                                              Case No. 3:15-CR-30

**CHRISTIAN FANNON,**

    **Defendant.**

## ORDER RELEASING THE DEFENDANT FROM JAIL

On July 17, 2019, the Court issued an arrest warrant for the Defendant for violating the conditions of his supervised release. The Defendant was subsequently arrested and incarcerated in the Montgomery County Jail.

IT IS THE ORDER OF THE COURT that the Defendant be released from custody in the above captioned case on **Wednesday, September 4, 2019, no later than 8:00 a.m.** to attend inpatient treatment at NOVA. He will comply with all rules of the program. Upon successful completion of the program he shall immediately contact Probation for further instructions. All other conditions of Supervised Release as previously ordered by this Court shall remain in effect. Final disposition of this matter will be reset upon further order of the Court.

**DONE** and **ORDERED** in Dayton, Ohio, this 26th day of August 2019.

                                                            THOMAS M. ROSE, JUDGE
                                                            UNITED STATES DISTRICT COURT